**Ephrain RELIFORD, Jr.,**
**Plaintiff–Appellant,**

v.

**AIKEN COUNTY SHERIFF'S DEPARTMENT; Charles Truesdale,**
**Defendants–Appellees,**

and

**Mitsubishi Motors Credit of America, Incorporated, Defendant.**

No. 02–2346.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 6, 2003.

Decided Feb. 12, 2003.

Ephrain Reliford, Jr., Appellant Pro Se. Kathleen Devereaux Schultz, McKay, McKay & Settana, P.A., Columbia, South Carolina, for Appellees.

Before WILKINS, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Ephrain Reliford, Jr., appeals the district court's order accepting the recom-

mendation of the magistrate judge and denying relief on his complaint alleging violations of 42 U.S.C. § 1983 (2000) and state law. Reliford also appeals the district court's order denying his motion to reconsider. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Reliford v. Aiken County Sheriff's Dep't,* No. CA–01–4075–1–17 (D.S.C. Sept. 24, 2002; Oct. 23, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*